IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

BETTY VICKERS )
          Plaintiff, )
)
vs. )
)
COSTCO WHOLESALE CORPORATION )
(d/b/a/ Costco) )
)
          Defendant. ) Case No. 3AN-15-6322 CI
)

## COMPLAINT

Plaintiff, by and through her attorneys, Libbey Law Offices, for a claim against Defendants, states as follows:

1. Plaintiff is a resident of Anchorage, Alaska.

2. Defendant Costco Wholesale Corporation (hereafter Costco) is a corporation in good standing, authorized to conduct business in the State of Alaska and subject to the jurisdiction of this Court.

3. Employee X was an employee at the time of the incident in this case, and is, based on information and belief, a resident of Anchorage, subject to the jurisdiction of this Court.

4. Costco has not provided Plaintiff with the identity of the employee involved in the incident described in this complaint.

Complaint
Vickers v. Costco, 3AN-15-____CI           Page 1 of 4

EXHIBIT A
PAGE 1 OF 4
Case 3:15-cv-00077-RRB Document 1-1 Filed 05/15/15 Page 1 of 4

5. On April 25, 2013, Plaintiff was shopping at Costco on Debarr in Anchorage, Alaska.

6. While shopping at Costco, Plaintiff was hit in the back by a column of shopping carts being moved by a Costco worker.

7. The Costco worker was wearing sun glasses and not paying attention to the surrounding area in the warehouse.

8. The Costco worker was acting in the course and scope of employment at the time of the incident.

9. Defendants have a duty to protect its patrons from harm.

10. After Plaintiff was struck by the carts, she promptly reported the accident to staff at Costco and gave a recorded statement.

11. As a business invitee, Costco owes a heightened duty to protect its patrons.

12. Costco has an obligation to properly train its employees to move shopping carts on the premises.

13. The employee failed to keep a proper lookout and protect a Plaintiff from harm.

14. Another Costco employee witnessed the incident and reprimanded the shopping cart employee for hitting Plaintiff.

15. The employee's negligence in the course and scope of employment, and/or Costco's duty to properly train its employees, caused harm to Plaintiff.

Complaint
Vickers v. Costco, 3AN-15-_____CI

Page 2 of 4

EXHIBIT P

16. Costco is vicariously liable for the conduct of its employee acting in the course and scope of employment.

17. Plaintiff's injuries from the shopping cart collision have caused her to suffer pain and anxieties, physical impairment, expenses related to medical treatment, loss of time and enjoyment of life, expense and inconvenience associated with disability and the pursuit of her medical care, lost wages, and permanent physical and vocational impairments.

18. She will incur future medical expenses, and losses related to future medical care and impairment, as a direct result of this incident.

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. For judgment in plaintiff's favor, with the specific amount in excess of $100,000, arising from this incident and to be proven at trial;

2. For interest, costs, and attorney fees arising from this incident.

3. For any other relief the court deems just.

Complaint
Vickers v. Costco, 3AN-15-____CI

Page 3 of 4

Case 3:15-cv-00077-RRB   Document 1-1   Filed 05/15/15   Page 3 of 4

EXHIBIT A
PAGE 3 OF 4

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501

Dated at Anchorage, Alaska, this 15th day of April, 2015.

Libbey Law Offices, LLC
Counsel for Plaintiff

_____
Colleen Libbey (0012104)

LIBBEY LAW OFFICES
ATTORNEYS AT LAW
A LIMITED LIABILITY COMPANY
TELEPHONE (907) 258-1815
FAX (907) 258-1822
604 WEST 2ND AVENUE
ANCHORAGE, ALASKA 99501

Complaint
Vickers v. Costco, 3AN-15-_____CI

Page 4 of 4

EXHIBIT A
PAGE 4